**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

No. 98-2406

———————————

In Re: A. H. ROBINS COMPANY, INCORPORATED,

Debtor.

————————————————————

LYNN GOLD,

Claimant - Appellant,

versus

DALKON SHIELD CLAIMANTS TRUST,

Trust - Appellee.

———————————

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  James R. Spencer, District Judge; Robert R. Merhige, Jr., Senior District Judge; Blackwell N. Shelley, Bankruptcy Judge.  (CA-85-1307-R)

———————————

Submitted:  April 30, 1999          Decided:  May 21, 1999

———————————

Before WIDENER, HAMILTON, and MICHAEL, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Lynn Gold, Appellant Pro Se.  Orran Lee Brown, Sr., DALKON SHIELD CLAIMANTS TRUST, Richmond, Virginia, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Lynn Gold appeals the district court's order granting her Motion for Relief from Administrative Order No. 2. The district court stated that, if Gold prevails in an appeal currently pending with the Second Circuit Court of Appeals, any trial on her Dalkon Shield claim must commence within sixty days of the Second Circuit's judgment becoming final. We have reviewed the record and the district court's order and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See In re: A.H. Robins Co. (Gold v. Dalkon Shield Claimants Trust), No. CA-85-1307-R (E.D. Va. Aug. 13, 1998).

We dispense with oral argument because the facts and legal contentions are fully presented in the materials before us and argument would not aid the decisional process.

AFFIRMED